AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name                         Bar Number |
|  | Address |
|  | City          State          Zip Code |
|  | Phone Number                      Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Eduardo Munoz-Camarena

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JAN M. ADLER)**

11  UNITED STATES OF AMERICA,       )  Case No. 08MJ2351
                                    )
12          Plaintiff,              )
                                    )
13  v.                              )  **CERTIFICATE OF SERVICE**
                                    )
14  EDUARDO MUNOZ-CAMARENA,         )
                                    )
15          Defendant.              )
    _____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23  DATED:    August 8, 2008          /s/ Erica K. Zunkel
                                      **ERICA K. ZUNKEL**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Eduardo Munoz-Camarena